FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ABDULLAH EMRE BASAR,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH D BAWDEN, JR., *Director of the United States Citizenship and Immigration Services Spokane Field Office*; JOSEPH B EDLOW, *Director of United States Citizenship and Immigration Services*; MARKWAYNE MULLIN, *Secretary of United States Department of Homeland Security*; TODD BLANCHE, *Acting Attorney General of the United States*,

Defendants.

No. 2:26-cv-00293-RLP

ORDER GRANTING STIPULATED MOTION TO REMAND

**ECF No. 7**

Before the Court is the parties' Stipulated Motion to Remand. ECF No. 7. The parties request the Court remand this matter to U.S. Citizenship and

Immigration Service for further proceedings pursuant to 8 U.S.C. § 1421(c). The Court grants their request.

**Accordingly, IT IS ORDERED:**

1. The Stipulated Motion to Remand, **ECF No. 7**, is **GRANTED**.

2. The case is **REMANDED** to United States Citizenship and Immigration Service.

3. Any pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** the file, subject to reopening by Plaintiff if United States Citizenship and Immigration Service does not approve Plaintiff's naturalization or adjudicate the case within 60 days of their receipt of Plaintiff's response.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED October 16, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE